FILED IN
COURT OF CRIMINAL APPEALS

May 12, 2015

ABEL ACOSTA, CLERK

AP-77,051
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/12/2015 3:18:46 PM
Accepted 5/12/2015 3:21:45 PM
ABEL ACOSTA
CLERK

**No. AP-77,051**

In the
Texas Court of Criminal Appeals
at Austin

————◆————

**No. 0475122**
In the 228th District Court
Harris County, Texas

————◆————

**WARREN DARRELL RIVERS**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

————◆————

APPELLANT'S FIRST MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE APPELLATE BRIEF

————◆————

TO THE HONORABLE COURT OF APPEALS:

APPELLANT, pursuant to **TEX. R. APP. P.** 10.1, 10.5(b) and 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, appellant submits the following:

1. Appellant was charged with capital murder.

2. A jury convicted appellant of the charged offense. In accordance with the jury's answers to the special issues, the court sentenced appellant to death on November 18, 2014.

3. Notice of appeal was filed on November 18, 2014.

4. Appellant's brief is due on May 18, 2015.

5. Appellant seeks an extension to file his brief until November 18, 2014.

6. The following facts are relied upon to show good cause for the requested extension:

   a. The record in this case is voluminous, consisting of 32 volumes and many exhibits.

   b. Appellant's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

**/s/PATRICK MCCANN**
**PATRICK MCCANN**
SBN 00792680
**MANDY MILLER**
SPN 24055561
Attorneys for appellant
909 Texas Ave., Ste. 205
Houston, TX 77022
PHONE (713) 223-3805
FAX (281) 667-3352
writlawyer@justice.com
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been delivered via electronic mail to the following address:

**Alan Curry**
curry_alan@dao.hctx.net

/s/**PATRICK MCCANN**
**PATRICK MCCANN**
SBN 00792680
**MANDY MILLER**
SPN 24055561
Attorneys for appellant
909 Texas Ave., Ste. 205
Houston, TX 77022
PHONE (713) 223-3805
FAX (281) 667-3352
writlawyer@justice.com
mandy@mandymillerlegal.com